COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

                                                 NO. 2-10-117-CV

 

IN RE JEFFREY LYNN LEWIS                                                               RELATOR

 

                                                       ------------

                                           ORIGINAL
PROCEEDING

                                                       ------------

                                      MEMORANDUM OPINION[1]

                                                       ------------

The court has considered relator=s petition for writ of mandamus and is of the opinion that
relief should be denied.  Accordingly,
relator=s petition for writ of mandamus is
denied.

Relator shall pay all costs of this original proceeding, for which let
execution issue.

 

PER CURIAM

 

 

PANEL:  MCCOY
and WALKER, JJ.

 

DELIVERED: 
April 16, 2010











    
[1]See
Tex. R. App. P. 47.4.